DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

NORMAN CHRIS HRABOVSKY,

Appellant,

v.

TRASK DIAGNEAULT, LLP; THOMAS J. TRASK;
AND JAY DAIGNEAULT,

Appellees.

No. 2D2025-1898

_____

April 17, 2026

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for
Pinellas County; Michael F. Andrews, Judge.

Norman Chris Hrabovsky, *pro se*.

Elliott P. Haney, Ethan J. Loeb, and E. Colin Thompson of Bartlett Loeb
Hinds Thompson & Angelos, Tampa, for Appellees.

PER CURIAM.

    Affirmed.

KELLY, KHOUZAM, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.